## The People vs. Richard Williams.    Assault and Battery.
### with intent to murder.

RICHARD WILLIAMS, a convict in the State's Prison,
If I. S. com
mits a felony, was put to the bar for trial, charged with committing an
and is sen- assault and battery, with intent to murder, upon the per-
tenced to the
State Prison, son of Hiram Maxwell, also a convict in the same place.
and before the
term is expir-    The history of the transaction is as follows: exertions
ed, is again had been made sometime ago, by Williams and others,
sentenced for
another crime to escape from the prison; they were defeated in their
to    solitary attempt, and their defeat was principally owing to dis-
confinement,
the judgment coveries made by Maxwell.    From that time until June
of the court last, he had repeatedly threatened to kill him. On the 23d
not being 'af-
ter the expira- of that month, on Sunday, in the intermission of divine
tion of your
former    sen- service, he attempted to put his threats in execution: he
tence.' Query seized Maxwell in the yard, and attempted to cut his
throat with a common case-knife, sharpened at the point,
and prepared fit for the purpose: in this object, by the

exertion and struggles of Maxwell, he failed. He then at-
tempted to take his life by stabbing, which he nearly ef-
fected, and would have completely effected in a moment
more, had not the keeper's attention been directed to the
place by the cries of Maxwell. He stabbed him in a num-
ber of places about the head and shoulders, and one thrust
in the side, supposed to be mortal.

NEW-YORK,
Sept. 1822.

The People
vs.
Rich. Wm.'s.

The prisoner, during the illness of Maxwell, affected
insanity ; but on his recovery from danger, told the keeper
he intended to kill him, and the reasons he offered were,
that Maxwell had exposed him in his plans of escape.

Upon these facts being made out by the witnesses, to
the satisfaction of the court, he was asked by them what
he had to say in his defence ; he made no reply. The jury
without any hesitation, returned a verdict " guilty."

The *Recorder* then recapitulated some of the promin-
ent facts of the case to the prisoner ; and after observing
that his character was so bad, and his disposition so wick-
ed, that the safety of mankind required a more rigorous
confinement than he had been hitherto subject to, proceed-
ed to pass sentence upon him, which was, that he should
be confined in the State's Prison in the southern district of
New York, in *solitary confinement* for the term of three
years. This sentence was passed upon the prisoner in the
usual manner of those first convicted, without saying " af-
ter the expiration of the term you are already sentenced."
Query—is the sentence good ?